UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANETTE NICHOLS, on behalf of
herself and all others similarly situated,

      Plaintiff,

v.                                   Case No: 2:13-cv-848-FtM-38CM

LABORATORY CORPORATION OF
AMERICA,

      Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Nanette Nichols and Defendant Laboratory Corporation of America's Joint Report Regarding Settlement (Doc. #24) filed on May 6, 2014. The parties request a settlement conference before a United States Magistrate Judge and have effectively consented to the Magistrate Judge's authority to approve any settlement as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues without additional filings made by the parties.[2] (Doc. #12, Doc. #24); see also Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The parties must consent to the Magistrate Judge having the authority to approve any settlement without additional filings by the parties. In the alternative, a Report and Recommendation may be issued recommending that a settlement be approved and the parties may waive the filing of objections.

Since Plaintiff and Defendant are open to settlement negotiations, the Court finds that a settlement conference may be beneficial to resolving this matter.

Accordingly, it is now

**ORDERED:**

This case is **referred** to the Honorable Magistrate Judge Carol Mirando to conduct a settlement conference and to enter any related Orders as deemed appropriate.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record